NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT MILLARD HAYES,                )
                                     )
      Appellant,                     )
                                     )
v.                                   )    Case No. 2D18-3579
                                     )
JOHN F. WENDELL, ESQ.; DAVID W.      )
ADAMS, ESQ.; and SPONSLER,           )
BENNETT, JACOBS & ADAMS, P.A.,       )
a Florida professional association,  )
                                     )
      Appellees.                     )
_____)

Opinion filed May 29, 2019.

Appeal from the Circuit Court for Polk
County; Gerald P. Hill II, Judge.

Robert Millard Hayes, pro se.

Amy L. Dilday and Kenneth A. Puig of
McCumber, Daniels, Buntz, Hartig, Puig &
Ross, P.A., Tampa, for Appellees.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.